# Hibey, David

| | |
|---|---|
| **From:** | MJ Willard <mjwillard@nticentral.org> |
| **Sent:** | Friday, March 20, 2015 12:35 PM |
| **To:** | Hibey, David |
| **Subject:** | need confirmation of origin of transcription material |

**From:** Ruben Lopez (Bonafide) [mailto:ruben@bonafidecglm.org]
**Sent:** Wednesday, March 18, 2015 1:51 PM
**To:** MJ Willard
**Subject:** Re: need confirmation of origin of transcription material

Yes I can confirm that the recordings and transcripts reflect conversations between Jean Robinson and me.

Ruben lopez

Sent from my iPhone

On Mar 18, 2015, at 1:29 PM, MJ Willard <mjwillard@nticentral.org> wrote:

> Rueben – sorry to nudge you but my attorney is nudging me.  Can you write me a quick email confirming the information below?   Ron Henry is on EST and he wants to put this to bed.
>
> Thanks
>
> MJ
>
> **M.J. Willard, Ed.D**
> Executive Director
> NTI, Inc.
> 103 E. Blithedale Ave Suite 9
> Mill Valley, CA 94941
> Phone: (415) 389-1703 | fax: (415) 389-1685
> www.NTIcentral.org
>
> Equal Employment Opportunity Employer M/F/V/D
>
> **From:** MJ Willard
> **Sent:** Wednesday, March 18, 2015 9:45 AM
> **To:** Ruben Lopez (Bonafide) (ruben@bonafidecglm.org)
> **Subject:** need confirmation of origin of transcription material
>
> Ruben – as we discussed, my attorney, Ron Henry has asked that you please confirm the origin of the 8 pages of material below related to NTI's case.  Could you please send me an email confirming that this

1

material was transcribed from recordings of conversations between you and Jean Robinson, who at the time was the Corporate Counsel for SourceAmerica.

Thanks

MJ

**M.J. Willard, Ed.D**
Executive Director
NTI, Inc.
103 E. Blithedale Ave Suite 9
Mill Valley, CA 94941
Phone: (415) 389-1703 | fax: (415) 389-1685
www.NTIcentral.org

Equal Employment Opportunity Employer M/F/V/D

## 9/6/2013 transcript p. 95-105

MS. ROBINSON: I've got to tell you one more thing because this person is out in your area and you probably need to spend some time. I don't know her. I have no trust because I don't know her, but she is a -- she has a Ph.D. in education. Her name is M.J. Willard. One guy tells me that she's just -- she's accusing Peckham of being the next NCED and ReadyOne. And by the way, ReadyOne and NCED, the institute tells me they found some statistics to show that they probably still aren't doing the right thing, and they shared that with Bob and Dennis, and they aren't doing anything about it.
MR. LOPEZ: Wow.
MS. ROBINSON: I haven't made a big deal of it yet because I just found out this week.
MR. LOPEZ: What is it they -- who is M.J. --
MS. ROBINSON: But -- huh?
MR. LOPEZ: Who is M.J. Willard? I mean, how will I get ahold of her?
MS. ROBINSON: M.J. Willard is the CEO, executive director, of -- I think she works out of California, but the agency is actually located in Boston.
MR. LOPEZ: Okay.
MS. ROBINSON: But she works out of California. She's got a lot of Congressional contacts. She -- she is arguing -- she's pissed off because she didn't get

a call center contract. She hires a lot of people with disabilities, a lot of people on the ticket for Social Security. They gave the project to Peckham. It's a huge project. And she says that Peckham is just like the people down in El Paso, the NCED/ReadyOne people, they are not serving people with disabilities, that NISH simply uses its insider influence with the board and being on the board and part of NCSE -- or NCWC and we give him whatever he wants and we know and we've known for years that they really aren't serving people with disabilities, that's all a sham --
MR. LOPEZ: Correct.
MS. ROBINSON: -- and that he's just getting all the contracts. He is the program's number one -- I think he's the number one source of revenue. I mean, he's the highest CRP at this point.
MR. LOPEZ: Peckham.
MS. ROBINSON: In Michigan. She applied for this call center contract. She didn't get it. They gave it to Peckham instead of her.
MR. LOPEZ: Right.
MS. ROBINSON: They told her that they gave it to Peckham because that's what the customer wanted. I guess she went to the customer, and the customer said, no, we told them we didn't care, we would take you or them.
MR. LOPEZ: Correct.
MS. ROBINSON: So her argument -- sound familiar? So her argument is, why do you guys keep giving these contracts to Peckham when you know they aren't really serving people with disabilities, here's my agency -- and I don't know that, you know, she's, you know, pure as the snow or anything, but here's my agency who is serving people with disabilities and you guys won't give us a contract and we think it's wrong, and she's going to -- she's going to show that we know that Peckham is not serving people with disabilities. She's put it on report to the commission. She's put it on report to some Senators, some Congressmen. This goes back about a year, but she brought it all up again now because she didn't get this last contract, and she's saying it's unfair, and she appealed -- appealed it. She appealed it to Dennis. He's going to, of course, sustain the appeal and not overturn it, and she -- I told him not to meet with her last week, but she decided in the middle of the appeal process she was going to meet with Dennis.
MR. LOPEZ: Right.
MS. ROBINSON: And I said, Dennis, don't do that, because we don't meet with people in the middle of

3

the appeal process, just, you know, keep it fair.
Well, anyway, he met with her anyway in my absence. I was out in Chicago getting my award.
MR. LOPEZ: Right.
MS. ROBINSON: And so now she's written Tina Ballard directly, I think that came in yesterday, where she said, you know, she's willing to take her whole thing public because she believes that we are simply turning a blind eye to and steadily awarding work to Peckham when we know they're not serving people with disabilities.
Her proof that they're not serving people with
Her proof that they're not serving people with disabilities is that -- and I don't think this is -- this is concrete proof, but it does raise a question, is that, you know, she did all the research on his contracts and hundreds of millions of dollars, and she said he's only got 3 people in his workforce out of 1600 or 2,000 people that actually get Social Security disability benefits and, you know, she may be -- if he was truly serving people with disabilities, wouldn't there be more cross-pollination between those who get -- that's her major argument, but she's done a bunch of statistical research on these projects and all of that, and she claims that he's hiring illegal immigrants and not really people with disabilities, and we keep holding him up as the -- you know, the great -- the great person in the program, and that's why -- and that the reason we give him all the projects, both products and services, is because of his inside track and because he represents a lot of revenue to NISH in the -- in the fact that he's the number one CRP. Now, that is Martin's boy.
MR. LOPEZ: There you go.
MS. ROBINSON: And, you know, Martin has -- Martin used to be in Northcentral. Martin has given him a lot of work. Martin has made him who he is. He's somewhere in Michigan. And she's not going to let this die. I mean, they're going to tell her no. Dennis is going to tell her no, and she's going to keep going Congressional, and she wants to blow what she thinks is the lid off an injustice because she thinks that our number one CRP is not really serving people with disabilities.
So she's coming, and she's coming strong, and she's out in California, and I'm pretty sure she's in touch with the Congressional people there in California, but she's giving the commission and everybody a chance to look into it and do something. She made these accusations a year ago. Justice was

4

investigating Peckham a year ago, but I never heard
whether they finished, what they found, what they
didn't find, based on some of these same
allegations --
MR. LOPEZ: I see.
MS. ROBINSON: -- that they're really not serving
people with disabilities. I told our people to go out
there and scrub them clean. I said, you know, go out
and look in all their files and see if they got the
proper documentation. Now, if they make up the files
and they lie, I mean, there's not much we can do about
that, but go look.
And then Bob and those guys -- because that's
their boy, he's part of the mafia. So they sent
Goli Trump. Legal advised Goli not to sign a
nondisclosure. Like she went out there and did a SWAT
team audit, and we -- John went on record as advising
her not to sign a nondisclosure.
Mitch says, you can come and you can audit us,
but whatever you find you can't tell anybody, and
you've got to sign a nondisclosure. We said,
bullshit, if you're out there violating the program
rules, we're not signing a nondisclosure because we're
going to turn you into the commission or anybody else
we need to turn you into. Well, Dennis, Dennis
Fields, this is why I tell you he's just ridiculous,
he and Goli signed the damn thing or he later told
Goli to sign it.
MR. LOPEZ: Oh, wow.
MS. ROBINSON: And I went and jumped on him feet
first and said, Dennis, why would you instruct her to
sign that and -- and if we find something we can't
tell anything? So now here the chickens have come
home to roost because here we are a year later where
this M.J. Willard is saying the same thing, she's
making the same accusations, and we went out there. I
don't know what we found, but whatever we found, we're
not able -- I mean, technically we're not able to
disclose it because she signed it against legal's
advice. And, I mean, I don't really care. I'm going
to disclose whatever, you know. Mitch knows it.
Now, in her letter that she wrote, she mentions
the Portco suit, she mentions GAO. She said, look,
you people, you know, you're just not right and this
whole process is not right and it's not transparent
and you guys are cutting me out of work and you're mad
because I a year ago said, you know, you're not doing
the right thing, I'm going to continue to say that,
and I'm going to keep going with this.
So she is on the rampage, and she is in your
area, so my guess is she'll be contacting. Now,

5

David probably can give you a better scoop on her. I don't know her, I've never met her, but I do know that David could probably give you better because she's got David's lawsuit all up in her letter of complaint and in her appeal, so apparently she's talking to David, I would think.

MR. LOPEZ: Right.

MS. ROBINSON: But that's somebody that's -- but she's -- but she's yet another example of somebody who's saying, you guys got all this insider trading and favoritism going on and you're cutting me out of the -- out of the process by doing it.

MR. LOPEZ: I see.

MS. ROBINSON: And she's going to keep going, and she's pretty well connected with some political types, because the last time she did it a year ago Justice -- I mean, she did trigger a Justice investigation of Peckham, at which time Mitch called me, threatened me. He and Martin ganged up on me.

MR. LOPEZ: Oh.

MS. ROBINSON: And it was -- it was interesting, and I said, I had no idea. He thought I -- he thought I told Justice, because it was right after the board meeting when I told them, you know, the jig was up on this conflict of interest and they were going to have to do business differently, and then I guess like three days later Justice was knocking on his door, so he thought -- you know, I had nothing to do with it, you know, but -- but he thought -- and I'd tell you if I did. I mean, I had absolutely nothing to do with it. But I think it was actually -- we found out later it was actually triggered by this M.J. Willard, who must have some pretty good contacts with Senators and Congressmen because they were on it pretty quick.

Now, I don't know what they found. I don't know if they settled. I don't know if they're finished. I don't know if they let it go. You know, a Justice investigation can go so slow sometimes.

MR. LOPEZ: Correct.

MS. ROBINSON: So I don't know. But that's a problem that's -- that's in the works, but it's yet another example of somebody saying, the system is not fair and let me show you and prove to you why.

MR. LOPEZ: Sure.

MS. ROBINSON: And Bob and Dennis -- she said in her letter, she said, you, Dennis Fields, are responsible for the oversight of this process and fairness and you're turning your head and you're part of the problem.

6

MS. ROBINSON: So she's pretty strong on where she's coming from. I don't know if she's trying to solicit other CRPs who -- who she feels have been wronged. You know, I don't know.
MR. LOPEZ: Correct.
MS. ROBINSON: But that name you should put in the back of your head.

## 9/6/2013 Transcript   Pages 53-55

MR. LOPEZ: How is it that the board of directors manipulates or directs SourceAmerica staff to do their bidding? How does that work out? How does that happen?
MS. ROBINSON: What do you mean by that?
MR. LOPEZ: Well, Martin William and Joe Diaz and Dave Dubinsky.
MS. ROBINSON: What do they get out of it, you mean?
MR. LOPEZ: No. How do they -- how do these individuals as individuals work for the benefit of the board of directors or the nonprofit agencies that these boards of directors -- the NISH's board of directors help?

MS. ROBINSON: Well, there's not that many individuals. There's basically Martin. Martin is the big guy.
MR. LOPEZ: Okay.
MS. ROBINSON: So you cool off Martin and you give him, you know, this made-up job as vice president of all things important for the region.
MR. LOPEZ: Sure.
MS. ROBINSON: I mean, what's the difference between his job and Dennis's job?
MR. LOPEZ: Right.
MS. ROBINSON: Okay. And there really isn't. Okay. You give him this job. You know, the guy started there as a clerk. He thinks he's going to have Bob's job. He's not that bright. He loves power. His ego is big.
MR. LOPEZ: Sure.
MS. ROBINSON: And he thinks he's, you know, kingpin.
MR. LOPEZ: Right.
MS. ROBINSON: Which he is.
MR. LOPEZ: Right.
MS. ROBINSON: I mean, think about it.
MR. LOPEZ: Before we go --

MS. ROBINSON: Now, what the CRPs, what ServiceSource and Peckham, which is another discussion, what they're giving Martin, I don't know, or if they're giving him anything. Now, so it isn't necessarily the board as a whole. It's the individuals who manage to get themselves on the board.
MR. LOPEZ: I see. I see.
MS. ROBINSON: So in addition to being in the region or whatever, they're also on the board.
MR. LOPEZ: I see.
MS. ROBINSON: So Martin is buddy-buddy with Mitch Tomlinson, for example, with Peckham, which is our number one revenue source, and, you know, keeping them happy is important, because they can make your life pretty miserable if you don't, because they can say to Bob, you know, that damn Martin or that damn Jean.
MR. LOPEZ: Right.
MS. ROBINSON: Why do you keep them?
MR. LOPEZ: Right, right.
MS. ROBINSON: And they do say stuff like that. I mean, and that's the other part of it. They do.
MR. LOPEZ: I gotcha. I understand. I understand.
MS. ROBINSON: And so that's kind of what's going on in that regard.

## 11/7/2013   Transcript   pages 93-94

MS. ROBINSON: Well, I mean, I spent -- I spent
12 from 1:30 to 4:15 trying to help these idiots with the
13 redo that we know was a fucking sham anyway. Excuse
14 my language, but we know it's a sham.
15 MR. LOPEZ: Sure, sure.
16 MS. ROBINSON: So I'm trying to tell them what
17 not to say on the debrief because I'm supposed to
18 defend them.
19 MR. LOPEZ: Right.
20 MS. ROBINSON: And they're arguing with me, of
21 course, and they're not able to rationalize it even to
22 me.
23 MR. LOPEZ: Wow.
24 MS. ROBINSON: So -- so I go, look, this is going
25 to get litigated, I mean, that lawyer is going to take

this to court, so you guys better make sure what you
2 say, and they're contradicting themselves all over
3 the place, but my point is, so I spent -- that's a new
4 problem. I wasn't involved in the redo for NTI. You

5 know, but they're not worried about it. They don't
6 care that it's a sham because they got a buy-in from
7 the Commission that they're all going to pull it
8 out -- that they're going to convince USDA to pull it
9 out of the program and they're going to give it to
10 Peckham anyway, because when it goes commercial
11 Peckham is going to apply and, guess what, they're
12 going to get it.
13 MR. LOPEZ: Right.
14 MS. ROBINSON: And they're going to avoid the
15 litigation and cut it off.
16 MR. LOPEZ: There you go. There you go.
17 MS. ROBINSON: So, I mean, I understand the --
18 you know, so -- so did I waste time yesterday?
19 Probably. But I wanted to at least be on the record
20 as saying, this, this, and this is flawed and wrong,
21 and I wanted to get out of them a confirmation for
22 what I think is going to happen that that's the
23 direction they're going in, and, you know, you have to
24 take three hours to get it, but you do get it.
25 MR. LOPEZ: Right, right.