Redacted In Its Entirety

# Exhibit 3