# In the United States Court of Federal Claims

No. 15-293C

(Filed: September 9, 2015)

```
*********************************** *
NATIONAL TELECOMMUTING              *
INSTITUTE, INC.,                    *
                                    *
              Plaintiff,            *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant,            *
and                                 *
                                    *
PECKHAM VOCATIONAL INDUSTRIES, INC.,*
                                    *
              Defendant-Intervenor, *
and                                 *
                                    *
SOURCEAMERICA,                      *
              Defendant-Intervenor. *
*********************************** *
```

## ORDER

On September 2, 2015, Defendant and Defendant-Intervenors filed a motion for protective order or for alternate relief regarding Plaintiff's attempts to secure the testimony of Jean Robinson. By order dated July 23, 2015, the Court permitted Plaintiff to depose Ms. Robinson during August 2015. This deposition did not occur, and closing arguments are set to take place in just six days, on September 15, 2015. The referenced motion has been fully briefed, and the Court conducted a telephonic hearing earlier today. For the reasons stated on the record, the Court grants the motion for protective order. The Court will not accept Ms. Robinson's testimony either by deposition or by live testimony during closing arguments.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge