IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

|  |  |  |
|---|---|---|
| NATIONAL TELECOMMUTING INSTITUTE, INC. ) | | |
| Plaintiff, ) | | |
| v. ) | No. 15-293C | |
| THE UNITED STATES, ) | (Judge Wheeler) | |
| Defendant ) | | |
| and ) | | |
| PECKHAM VOCATIONAL INDUSTRIES, INC., ) | | |
| Defendant-Intervenor ) | | |
| and ) | | |
| SOURCEAMERICA, ) | | |
| Defendant-Intervenor. ) | | |

**NOTICE OF COURT ORDER AND CONFIDENTIAL SETTLEMENT AGREEMENT
BETWEEN SOURCEAMERICA AND JEAN ROBINSON**

Plaintiff, National Telecommuting Institute, Inc. ("NTI"), files this notice attaching the Friday, September 11, 2015 order of the Fairfax County Circuit Court dismissing SourceAmerica's lawsuit against Jean Robinson. Exhibit 1. Per the Order, the parties in that litigation entered into a "Confidential Settlement Agreement and Release" imposing undisclosed obligations on Ms. Robinson's ability to communicate her knowledge about SourceAmerica.

This Court is aware of the difficulties NTI faced in obtaining the deposition and testimony of Ms. Robinson. Until Friday's Fairfax Circuit Court Order, however, NTI did not fully understand the combination of constraints and pressures faced by Ms. Robinson from

SourceAmerica's efforts first in a California court to suppress her information and then from five separate law firms representing SourceAmerica in the Fairfax County Circuit Court alone. Her reluctance to complete the arrangements for her deposition and testimony in this case as well as the timing of the events in Fairfax County are now more fully understood.

Dated: September 14, 2015

Respectfully submitted,

S/ Ronald K. Henry
Ronald K. Henry
KAYE SCHOLER, LLP
The McPherson Building
901 15th Street, NW
Washington, DC  20005
Phone:  (202) 682-3500
Fax:     (202) 682-3580
ronald.henry@kayescholer.com

*Attorneys for Plaintiff NTI, Inc.*

OF COUNSEL:
David Hibey
Robert J. Wagman, Jr.
KAYE SCHOLER LLP
The McPherson Building
901 15th Street, NW
Washington, DC  20005
Phone: (202) 682-3500
Fax:     (202) 682-3580
david.hibey@kayescholer.com
robert.wagman@kayescholer.com