# EXHIBIT 1



VIRGINIA

### IN THE CIRCUIT COURT OF FAIRFAX COUNTY

| | | |
|---|---|---|
| SOURCEAMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2014-15501 |
| | ) | |
| JEAN M. ROBINSON, | ) | |
| Law Offices of Jean M. Robinson, PLLC | ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER CAME before the Court upon the request of Plaintiff SourceAmerica and Defendants Jean M. Robinson and Law Offices of Jean M. Robinson, PLLC. ("Defendants") to dismiss this action with prejudice.

IT APPEARING to the Court from the signatures of counsel below that the parties have settled their dispute and consent to the dismissal of this action with prejudice; it is hereby

ORDERED that this action be DISMISSED with prejudice;

ORDERED that Defendants shall be permanently enjoined from disclosing SourceAmerica's privileged and/or confidential information, as defined in the Confidential Settlement Agreement and Release, regardless of any waiver claimed by Robinson or any other party, to any person or entity, except as provided for by the

15

Confidential Settlement Agreement and Mutual Release. ORDERED that SourceAmerica

shall not be required to post a bond in connection with this permanent injunction.

ORDERED that the bond previously posted by SourceAmerica shall be refunded

in full.

ENTERED this _11th_ day of _September_ 2015.

_____

CIRCUIT COURT JUDGE

16

WE ASK FOR THIS:

By: _____

John A. C. Keith, VSB No. 14116
jkeith@bklawva.com
David J. Gogal, VSB No. 28815
dgogal@bklawva.com
Jessica L. Sura, VSB No. 80454
jsura@bklawva.com

and

David E. Wood, Esquire (*Pro Hac Vice*)
Eric R. Reed, Esquire (*Pro Hac Vice*)
ANDERSON KILL P.C.
864 Santa Clara Street
Ventura, California  93001
(805) 288-1300 (telephone)
(805) 288-1301 (facsimile)
dwood@andersonkill.com
ereed@andersonkill.com

Holly E. Loiseau (*Pro Hac Vice* pending)
Kristen M. Murphy (*Pro Hac Vice* pending)
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
(202) 682-8000 (telephone)
(202) 857-0940 (facsimile)
holly.loiseau@weil.com
kristen.murphy@weil.com

Diane Sullivan
Adam Tolin
Weil, Gotshal & Manges LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey 08542
(609) 986-1120 (telephone)
(609) 986-1199 (facsimile)
diane.sullivan@weil.com
adam.tolin@weil.com

Patrick Oot
Shook, Hardy & Bacon LLP
1155 F Street N.W., Suite 200
Washington, DC 20004
(202) 639-5645(telephone)

17

(202) 783-4211 (facsimile)
oot@shb.com

*Counsel for Plaintiff SourceAmerica*

SEEN AND AGREED

William W. Tunner, Esquire
Neil S. Talegaonkar, Esquire
William D. Prince, IV, Esquire
THOMPSONMCMULLAN, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
wtunner@t-mlaw.com
ntalegaonkar@t-mlaw.com
wprince@t-mlaw.com

James R. Kearney, Esquire
Kearney, Freeman, Fogarty & Joshi, PLLC
4085 Chain Bridge Road, Suite 500
Fairfax, Virginia 22030
jkearney@kffjlaw.com

*Counsel for Defendant Jean M. Robinson*

18