# In the United States Court of Federal Claims

No. 15-293 C

NATIONAL TELECOMMUTING
INSTITUTE, INC.
       Plaintiff

    v.                                    JUDGMENT

THE UNITED STATES
       Defendant

   and

PECKHAM VOCATIONAL
INDUSTRIES, INC. and
SOURCE AMERICA
       Defendant-Intervenors

     Pursuant to the court's Opinion and Order, filed October 14, 2015, granting defendant's and defendant-intervenors' cross-motions for judgment on the administrative record,

     IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant and defendant-intervenors, and plaintiff's claims are dismissed as untimely.

                                                              Hazel C. Keahey
                                                             Clerk of Court

**October 14, 2015**                    By:    s/ Debra L. Samler

                                                             Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.