# In the United States Court of Federal Claims

No. 15-293C

(Filed:  October 21, 2015)

```
*******************************************
NATIONAL TELECOMMUTING            *
INSTITUTE, INC.,                  *
                                  *
              Plaintiff,          *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant,          *
                                  *
PECKHAM VOCATIONAL INDUSTRIES, INC.,*
                                  *
and                               *
                                  *
SOURCEAMERICA,                    *
                                  *
              Defendant-Intervenors.  *
                                  *
*******************************************
```

## ORDER

The Court has received and reviewed the parties' proposed redactions to the October 14, 2015 sealed Opinion and Order in this matter.  The Court accepts the redactions proposed by Defendant and Defendant-Intervenors, but the Court questions the additional redactions proposed by Plaintiff.  The Court does not favor the redaction of information from the public that lacks competition-sensitive, proprietary, confidential, or other protected information.  The Court requests Plaintiff to submit a detailed explanation showing the basis for each proposed redaction by the close of business on Monday, October 26, 2015.  The Court may thereafter convene a hearing to address the redactions, if necessary.  See, e.g., Allied Technology Group, Inc. v. United States, 94 Fed. Cl. 16, 23 n.1 (2010).

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge